IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cr-10071-STA |
| ) | |
| KHALIL KAMARA, ) | |
| ) | |
| Defendant. ) | |

ORDER RESETTING CHANGE OF PLEA HEARING
AND NOTICE OF RESETTING

The Change of Plea in this matter is currently set for March 8, 2019 before Chief Judge S. Thomas Anderson. The Change of Plea in the above styled matter is hereby reset to **Monday, March 11, 2019, at 9:00 a.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 5th day of March, 2019.


s/ S. Thomas Anderson
Chief United States District Judge