IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA, | ) |
| :--- | :--- |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:18-10071-STA |
| KHALIL KAMARA, | ) |
| Defendant. | ) |

---

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

---

This cause came to be heard on March 11, 2019, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Khalil Kamara, appearing in person, and with counsel, LaRonda Martin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 3 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JUNE 25, 2019 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 11th day of March, 2019.

                                                      s/ S. Thomas Anderson
                                                     CHIEF JUDGE, U. S. DISTRICT COURT