# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 1:18-cr-10071-STA |
| KHALIL KAMARA, | ) |
| Defendant. | ) |

## ORDER AND NOTICE OF RESETTING

The United States has moved this Court to continue the sentencing hearing in the above-referenced matter, originally scheduled for Thursday, June 25th, 2019, at 9:00 a.m. Wherefore, for good cause, the sentencing hearing is re-set for **Friday, August 30, 2019 at 9:45 A.M.**

IT IS SO ORDERED this 24th day of June, 2019.

s/S. Thomas Anderson
S. THOMAS ANDERSON
Chief United States District Court Judge